# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CASE SUMMARY

**ORIGINAL**

Case Number: SA CR-15-**00061**
U.S.A. v. Ken Zhiyi Liang
[✓] Indictment   [ ] Information

Defendant Number: ____
Year of Birth: 1977
Investigative agency (FBI, DEA, etc.): HSI

*Filed 2015 JUN 10 AM 10:43 — Clerk U.S. District Court, Central Dist. of California*

**NOTE:** All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

### OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense: On or about May 7, 2015 to May 15, 2015

c. County in which first offense occurred: Orange

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY
[ ] Los Angeles   [ ] Ventura
[✓] Orange   [ ] Santa Barbara
[ ] Riverside   [ ] San Luis Obispo
[ ] San Bernardino   [ ] Other ____

Citation of Offense: 18 U.S.C. §§ 1512 (k); 1512(c)(2)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [✓] No   [ ] Yes

IF YES   Case Number ____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** ____

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: May 18, 2015
Case Number: SA-15-26M
Charging: 18 U.S.C. § 1512(c)

The complaint:   [✓] is still pending
[ ] was dismissed on: ____

### PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [✓] Yes
IF YES, provide, Name: James D. Riddet
Phone Number: 949.369.3700

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No

This is the ____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: ____
Case Number: ____
The superseded case:
[ ] is still pending before Judge/Magistrate Judge ____
[ ] was previously dismissed on ____

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes      ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?     ☐ YES     ☑ NO
IF YES, list language and/or dialect:
_____

**OTHER**

☑ Male          ☐ Female
☑ U.S. Citizen  ☐ Alien
Alias Name(s) _____

This defendant is charged in:   ☑ All counts
☐ Only counts: _____
☐ This defendant is designated as "High Risk" per
   18 USC § 3146 (a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per
   18 USC § 3166 (b)(7).

Is defendant a juvenile?        ☐ Yes   ☑ No
IF YES, should matter be sealed?  ☐ Yes   ☐ No
The area of substantive law that will be involved in this case includes:

☐ financial institution fraud    ☐ public corruption
☐ government fraud               ☐ tax offenses
☐ environmental issues           ☐ mail/wire fraud
☐ narcotics offenses             ☑ immigration offenses
☐ violent crimes/firearms        ☐ corporate fraud
☐ Other

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?   ☐ Yes   ☐ No
d. Is on bail or release from another district:
   _____

Defendant is **in** custody:
a. Place of incarceration:   ☐ State   ☑ Federal
b. Name of Institution: Santa Ana Police Department
c. If Federal: U.S. Marshal's Registration Number:
   69041112
d. ☑ Solely on this charge. Date and time of arrest:
   May 15, 2015 at approximately 12:00 pm
e. On another conviction:    ☐ Yes   ☐ No
   IF YES:  ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes   ☐ No
   IF YES:  ☐ State   ☐ Federal   AND
   Name of Court: _____
   Date transferred to federal custody: _____
   This person/proceeding is transferred from another district
   pursuant to F.R.Cr.P.    __20__   __21__   __40__

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  06/09/2015

Signature of Assistant U.S. Attorney
Jerry C. Yang
Print Name

CR-72 (06/14)                 CASE SUMMARY                 Page 2 of 2