## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACR 15-61-AG | Date | June 29, 2015 |

Present: The Honorable **ANDREW J. GUILFORD**

Interpreter

| Lisa Bredahl | Miriam Baird | Jerry Yang |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| KEN ZHIYI LIANG | | X | X | James Riddet | | X | X |

**Proceedings:** BAIL REVIEW

Cause is called for hearing and counsel make their appearances. Matter is argued and taken under submission.

|  | : | 50 |
|---|---|---|
| | Initials of Deputy Clerk | lmb |

cc: