1  EILEEN M. DECKER
   United States Attorney
2  JOSEPH B. WIDMAN
   Assistant United States Attorney
3  Chief, Riverside Office
   JERRY C. YANG (Cal. Bar No. 241323)
4  Assistant United States Attorney
        3403 Tenth Street
5        Riverside, California 92501
         Telephone: (951)276-6221
6        Facsimile: (951)276-6202
         E-mail:    jerry.yang@usdoj.gov
7
   Attorneys for Plaintiff
8  UNITED STATES OF AMERICA

9
                       UNITED STATES DISTRICT COURT
10
                   FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
   UNITED STATES OF AMERICA,          SA CR No. 15-61-AG
12
             Plaintiff,               GOVERNMENT'S *EX PARTE* APPLICATION
13                                    FOR AN ORDER ALLOWING DISCLOSURE
                  v.                  OF SEALED DOCUMENTS; MEMORANDUM
14                                    OF POINTS AND AUTHORITIES;
   KEN ZHIYI LIANG,                   DECLARATION OF AUSA JERRY C.
15                                    YANG; [PROPOSED] ORDER
             Defendant.
16

17

18

19

20

21        Plaintiff, United States of America, by and through its counsel

22  of record, the United States Attorney for the Central District of

23  California, hereby applies ex parte for an order unsealing: 1)

24  application for and order appointing new counsel for material

25  witnesses D.L. and Ying Wu, filed on April 14, 2015; 2) application

26  for and order an order appointing new counsel for material witnesses

27  Long Jing Yi and Jun Xiao, filed on July 1, 2015; 3) search warrant

28  of digital devices and affidavit of Special Agent Scott McKim in

1   support of search warrant, sworn and filed on May 29, 2015 (items

2   numbers 1-3, collectively as, "sealed documents"); and 4) Pretrial

3   Services ("PTS") Reports, as well as any other notes and reports,

4   prepared for material witness D.L.

5      The government makes this application because of defendant's

6   need to prepare his case and the disclosure requirements of the

7   Jencks Act, 18 U.S.C. § 3500.  Moreover, the basis for the sealing

8   of all of the sealed documents above, namely, to protect ongoing

9   investigations, is no longer compelling.  This application is based

10   on the attached Memorandum of Points and Authorities and Declaration

11   of Jerry C. Yang, the files and records of this case, and such

12   further evidence and argument as may be presented at any hearing on

13   this application.

14   Dated: July 28, 2015         Respectfully submitted,

15                   EILEEN M. DECKER
                     United States Attorney

16

                     JOSEPH B. WIDMAN

17                   Assistant United States Attorney
                     Chief, Riverside Office

18

19                   */S/*
                     JERRY C. YANG

20                   Assistant United States Attorney

21                   Attorneys for Plaintiff
                     UNITED STATES OF AMERICA

22

23

24

25

26

27

28

1        **MEMORANDUM OF POINTS AND AUTHORITIES**

2        The government hereby applies ex parte for an order unsealing:

3   1) application for and order appointing new counsel for material

4   witnesses D.L. and Ying Wu, filed on April 14, 2015; 2) application

5   for and order an order appointing new counsel for material witnesses

6   Long Jing Yi and Jun Xiao, filed on July 1, 2015; 3) search warrant

7   of digital devices and affidavit of Special Agent Scott McKim in

8   support of search warrant, sworn and filed on May 29, 2015 (items

9   numbers 1-3, collectively as, "sealed documents"); and 4) Pretrial

10  Services ("PTS") Reports, as well as any other notes and reports,

11  prepared for material witness D.L.

12  **I.    SEALED DOCUMENTS**

13       At the request of the government, the sealed documents were

14  sealed primarily in order to protect the then-ongoing investigation

15  against defendant Ken Zhiyi Liang.  That reason is no longer

16  compelling as the government's investigation has progressed.

17  Moreover, with respect to the search warrant and supporting

18  affidavit, the search of the digital devices has already been

19  attempted and completed.  Accordingly, there is no longer any need

20  to keep any of the sealed documents, sealed.  The government would

21  also need to produce these sealed documents to defendant in order to

22  comply with its discovery obligations.

23  **II.   PTS REPORTS FOR MATERIAL WITNESS D.L.**

24       On March 10, 2015, material witness D.L. appeared before the

25  Magistrate Court to be designated as a material witness.  At the

26  time, as is standard practice, PTS interviewed material witness D.L.

27  and prepared a PTS report indicating her suitability to be on bail

28  as a material witness.  Defendant has requested this PTS report, as

1  well as any other documents probative of material witness D.L.'s

2  interview with PTS, which would include notes and any other reports.

3       The government believes that it may call material witness D.L.

4  to testify in the government's case in the above-entitled trial.  In

5  order to comply with the Jenks Act, the government would have to

6  produce material witness D.L.'s statements to PTS.  <u>See</u> 18 U.S.C.

7  § 3500.  Accordingly, the government concurs with defendant's

8  request and asks that the Court issue an order disclosing the PTS

9  report prepared for material witness D.L., as well as any other

10 notes and reports made by PTS regarding her interview with PTS.  In

11 addition, because there is a second material witness designation

12 hearing for material witness D.L., set for July 30, 2015, the

13 government expects another PTS report to be generated regarding

14 material witness D.L., and also requests disclosure of that report,

15 along with any notes and reports, to defendant.

16 **III.  CONCLUSION**

17      The government believes that such disclosures are necessary in

18 order for the government to comply with its discovery obligations.

19 Accordingly, based on the foregoing, the government respectfully

20 requests that the Court unseal the sealed documents, and PTS reports

21 prepared for D.L., as well as any other notes and reports regarding

22 D.L.

23

24

25

26

27

28

1

**DECLARATION OF JERRY C. YANG**

2      I, Jerry C. Yang, declare and state as follows:

3      1.   I am an Assistant United States Attorney for the Central

4  District of California and am assigned to the prosecution of United

5  States v. Ken Zhiyi Liang, SA CR No. 15-61-AG.   I make this

6  declaration in support of the government's ex parte application for

7  an order unsealing: 1) application for and order appointing new

8  counsel for material witnesses D.L. and Ying Wu, filed on April 14,

9  2015; 2) application for and order an order appointing new counsel

10 for material witnesses Long Jing Yi and Jun Xiao, filed on July 1,

11 2015; 3) search warrant of digital devices and affidavit of Special

12 Agent Scott McKim in support of search warrant, sworn and filed on

13 May 29, 2015 (items numbers 1-3, collectively as, "sealed

14 documents"); and 4) Pretrial Services ("PTS") Reports, as well as

15 any other notes and reports, prepared for material witness D.L.

16     2.   I expect that the government may call at trial, material

17 witness D.L.  D.L.'s statements are reflected in the sealed

18 documents.  I also believe D.L.'s statements are reflected in the

19 PTS Reports, as well as any notes and reports, taken by PTS.  Such

20 documents constitute statements under the Jencks Act, 18 U.S.C.

21 § 3500, which the government are required to provide to defendant.

22 ///

23

24

25

26

27

28

1      3.  On or about July 28, 2015, I e-mailed defense counsel,

2   James Riddet, and informed him that the government would be filing

3   the present ex parte application and asked for his position.

4   Counsel indicated he does not object.

5      I declare under penalty of perjury under the laws of the United

6   States of America that the foregoing is true and correct and that

7   this declaration is executed at Riverside, California, on July 28,

8   2015.

9

10                      /s/ Jerry C. Yang
                    JERRY C. YANG

11                      Assistant U.S. Attorney

2