# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 8:15-CR-00061(A)-AG          Recorder: CS 08/10/2015          Date: 08/10/2015

Present: The Honorable Karen E. Scott, U.S. Magistrate Judge

Court Clerk: Jazmin Dorado          Assistant U.S. Attorney: Puneet Kakkar

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| Ken Zhiyi Liang, BOND | James Riddet, Retained | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the First Superseding Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the First Superseding Indictment.

This case was previously assigned to the calendar of District Judge Andrew J. Guilford.
    All dates previously set remain.

Trial estimate: 2-5 days.

All previously set bond terms and conditions of release to remain in effect.

PIA: 00 : 10
Initials of Deputy Clerk: JD

cc: Statistics Clerk, PSALA PSASA, USMSA

---

CR-85 (09/12)          CRIMINAL MINUTES - ARRAIGNMENT          Page 1 of 1